IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC. | ) |
| | ) Civil Action No. |
| | ) 04 11846 DPW |
| Plaintiff, | ) |
| | ) |
| v. | ) DECLARATORY JUDGMENT |
| | ) COMPLAINT FOR PATENT |
| BIOSIG INSTRUMENTS, INC., | ) NON-INFRINGEMENT AND PATENT |
| | ) INVALIDITY |
| | ) |
| Defendant. | ) |
| | ) |

CYBEX INTERNATIONAL, INC. ("Cybex"), by way of Declaratory Judgment Complaint against Defendant Biosig Instruments, Inc. ("Biosig"), alleges as follows:

THE PARTIES

1. Plaintiff Cybex is a New York corporation having its headquarters and principal place of business at 10 Trotter Drive, Medway, Massachusetts, 02053.

2. Upon information and belief, Defendant Biosig is a Canadian Corporation having a place of business at 440-19th Ave., Suite 100, Lachine Quebec, Canada.

SUBJECT MATTER JURISDICTION

3. Biosig, through its legal counsel, has sent multiple letters to Cybex expressly charging Cybex with infringement of United States Patent Number 5,337,753 ("the '753 patent"), which Biosig purports to own. These letters expressly charge Cybex with infringement of the '753 patent, thereby creating a reasonable apprehension of suit on the part of Cybex and an actual controversy between Cybex and Biosig with respect to the '753 patent.

4. This declaratory judgment action arises under the patent laws of the United States, 35 U.S.C.§ 100 *et seq.* Therefore, subject matter jurisdiction is conferred upon this Court by 28 U.S. C §§ 1331, 1338, 2201, and 2202.

## PERSONAL JURISDICTION AND VENUE

5. Upon information and belief, Biosig has transacted business within the Sate of Massachusetts and is otherwise subject to personal jurisdiction in Massachusetts.

6. Venue is proper in this Court under 28 U.S.C.§ 1391(b) because a substantial part of the events which give rise to these claims occurred in this District.

## FIRST CAUSE OF ACTION

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '753 PATENT

7. Cybex incorporates all of the allegations contained in paragraphs 1 through 6 herein.

8. This is a claim by Cybex against Biosig seeking a declaratory judgment, pursuant to 28 U.S. C §§ 2201 and 2202, that the '753 patent is not valid and not infringed by Cybex.

9. Biosig purports to be the owner of the '753 patent.

10. Cybex has manufactured, sold and distributed health and fitness products incorporating heart rate monitoring devices.

11. Biosig, through its own actions, agents and otherwise, has expressly asserted that the manufacture, sale, and offer for sale of products incorporating heart rate monitoring devices by Cybex constitutes infringement of the '753 patent, thereby giving rise to a reasonable apprehension of suit on the part of Cybex and a resulting case or controversy between the parties relating to the '753 patent.

12. Cybex, through the manufacture, sale, and/or offer for sale of its health and fitness products incorporating heart rate monitoring devices has not and does not infringe the '753 patent either literally or through the doctrine of equivalents.

## SECOND CAUSE OF ACTION

## INVALIDITY – OBVIOUSNESS

13. Cybex incorporate paragraphs 1 – 12 herein as if set forth in full.

14. The subject matter allegedly claimed in one or more of the claims of the '753 patent would have been obvious to one skilled in the art and are invalid under 35 U.S.C. § 103.

## THIRD CAUSE OF ACTION

## INVALIDITY - ANTICIPATION

15. Cybex incorporate paragraphs 1 – 14 herein as if set forth in full.

16. The '753 patent contains claims that are anticipated by the prior art and that are invalid under 35 U.S.C. § 102.

## PRAYER FOR RELIEF

**WHEREFORE**, Cybex prays for judgment as follows:

A. A declaration that Cybex, through the manufacture, use, sale or offer to sell of fitness products incorporating heart rate monitoring devices, does not infringe on any of the claims of the United States Patent Number 5,33,753;

B. A declaration that United States Patent Number 5,33,753 is invalid and unenforceable;

C. An award of costs;

D. A declaration that this case is an exceptional case pursuant to 35 U.S.C.§ 285, and that Cybex be awarded all of its attorneys fees; and

3

E.  For such other and further relief that the Court deems equitable and just.

        **GIBBONS, DEL DEO, DOLAN,**
        **GRIFFINGER & VECCHIONE**
        A Professional Corporation
        One Riverfront Plaza
        Newark, New Jersey 07102-5497
        (973) 596-4500
        (973) 596-0545 Facsimile

By: _/s/ Mark Kronfeld_
        **MARK P. KRONFELD (BBO # 630830)**
        **DAVID E. DE LORENZI (Pro Hoc Vice Pending)**
        **MICHAEL CUKOR (Pro Hoc Vice Pending)**
        Attorneys for Plaintiff
        Cybex International, Inc.

Dated: August 23, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)  Cybex International, Inc. v. Biosig Instruments, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   ☐ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Mark P. Kronfeld, David E. De Lorenzi, Michael Cukor
ADDRESS  Gibbons Del Deo, One Riverfront Plaza, Newark, New Jersey, 07102
TELEPHONE NO.  973-596-4500

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Cybex International, Inc.

## DEFENDANTS
Biosig Instruments, Inc.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____ Québec, Canada
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
MARK F. KRONFELD (BBO # 630830)
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
One Riverfront Plaza, Newark, New Jersey 07102-5497
(973) 596-4500, (973) 596-0545 Facsimile

Attorneys (If Known)

04 11846 DPW

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | | ☐ 790 Other Labor Litigation | |
| | | | ☐ 740 Railway Labor Act | |
| | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Declaratory Judgment of Patent Invalidity and Non-Infringement 28 U.S.C. §§ 2201 and 2202; 35 U.S.C. §§ 102 and 103

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: ☐ Yes ☐ No
CHECK YES only if demanded in complaint

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE August 23, 2004
SIGNATURE OF ATTORNEY OF RECORD
Mark Kronfeld

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____