IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIOSIG INSTRUMENTS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.<br><br>**04 11846 DPW**<br><br>**CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)** |

**STATEMENT OF CYBEX INTERNATIONAL, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to *Federal Rule of Civil Procedure 7.1(a)* Defendant CYBEX INTERNATIONAL, INC. hereby discloses that: CYBEX INTERNATIONAL, INC., a New York corporation, is a wholly owned subsidiary of UM Holdings Limited.

GIBBONS, DEL DEO, DOLAN,
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(973) 596-4500
(973) 596-0545 Facsimile

#781044 v1
104480-51322

By: *[signature]*
MARK P. KRONFELD (BBO # 630830)
DAVID E. DE LORENZI (Pro Hoc Vice Pending)
MICHAEL CUKOR (Pro Hoc Vice Pending)
Attorneys for Plaintiff
Cybex International, Inc.

Dated: August 23, 2004