# GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

**DAVID E. DE LORENZI**
Director
(973) 596-4743

ONE RIVERFRONT PLAZA
NEWARK, N.J. 07102-5496
973-596-4500

DIRECT FACSIMILE
(973) 639-6235
ddelorenzi@gibbonslaw.com

WEB SITE
http://www.gibbonslaw.com

September 27, 2004

Honorable Douglas P. Woodlock, U.S.D.J.
United States District Court
District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: **Cybex International, Inc. v. Biosig Instruments, Inc.**
Civ. No. 04-11846(DPW)

Dear Judge Woodlock:

This firm represents plaintiff Cybex International, Inc. in the above-referenced matter. I write to call to Your Honor's attention that, since this matter was filed, defendant has filed another lawsuit involving the same parties and substantially the same allegations in the United States District Court for the Southern District of New York, under the caption Biosig Instruments, Inc. v. Cybex International, Inc., Civ. No. 04-6927 (RO)(S.D.N.Y.). I further advise that we have filed a motion in the Southern District of New York to dismiss this later-filed action pursuant to the first-filed rule, or to transfer it to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a) for consolidation with the matter pending before your Honor.

I enclose for Your Honor's convenient reference our brief and related papers in support of the motion, pending before Judge Owen in the Southern District of New York. This firm would be pleased to answer any inquiry you or your staff may have regarding the enclosed.

Respectfully,

David E. De Lorenzi

DED/llm
Enclosure

cc: Zafar A. Siddiqi, Esq.

#787655 v1
104480-51322