CASE NO: 0411846DPW

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

BETWEEN:

**CYBEX INTERNATIONAL INC.** 2004 OCT -6 A 11:31

Plaintiff

-and- U.S. DISTRICT COURT
DISTRICT OF MASS.

**BIOSIG INSTRUMENTS INC.**

Defendant

### AFFIDAVIT OF SERVICE

1. I, the undersigned, HUGUES TRUDEL, bailiff of Justice of the Province of Quebec, Canada, being duly sworn, having an elected domicile at 407, Saint-Laurent Street, in the city of Montreal, Province of Quebec, Canada, solemnly affirm the following:

2. I did on Monday, the 27th day of September 2004, at 15:35 pm, serve the defendant **BIOSIG INSTRUMENTS INC**, herein named with a true copy of the within SUMMONS IN A CIVIL ACTION and COPY OF A DECLARATORY JUDGMENT COMPLAINT FOR PATENT NON-INFRINGEMENT AND PATENT INVALIDITY, by delivering true copy, speaking to and leaving the same with **GREGORY LEKHTMAN**, President at 440 19th Avenue, ste 100, in the city of Lachine (Montreal) Province of Quebec, Canada.

3. At the time and place of such service, the said defendant acknowledged to me that he was **GREGORY LEKHTMAN**, president of the said company. And at my request he produced his driver's license but refused to give me the number.

4. I certify that I have noted under my signature the date and hour of service on the back of the copy so served.

**SWORN BEFORE ME at the City of Montreal, in the Province of Quebec on September, 28TH, 2004**

[Seal: SUZY LODEC #64,850 COMMISSAIRE A L'ASSERMENTATION POUR TOUS LES DISTRICTS JUDICIAIRES DU QUEBEC]

_____  |  _____
COMMISSIONER OF OATHS            |  HUGUES TRUDEL, Bailiff