UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 04-11846-DPW |
| v. ) | |
| ) | |
| BIOSIG INSTRUMENTS, INC. ) | |
| ) | |
| Defendant ) | |

**NOTICE OF SPECIAL APPEARANCE**

Please enter the appearance of the attorney below for Biosig Instruments, Inc.

This filing of this appearance does not concede that jurisdiction exists over the defendant.

Respectfully submitted,

Edward Foye (BBO#562375)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: October 15, 2004

Certificate of Service

I, Edward Foye, herewith certify that a true and accurate copy of the foregoing was served via first class mail this 15th day of October upon Michael Cukor, Esq., Gibbons Del Deo Dolan Griffinger & Vecchione, One Riverfront Plaza, Newark, NJ 07102.

Edward Foye