UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
CYBEX INTERNATIONAL, INC.          )
)
Plaintiff          )
)          C.A. No. 04-11846-DPW
v.          )
)
BIOSIG INSTRUMENTS, INC.          )
)
Defendant          )
_____)

## ASSENTED-TO MOTION TO ENLARGE TIME
## TO RESPOND TO COMPLAINT

The defendant Biosig Instruments, Inc. ("Biosig") herewith moves, with the assent of the plaintiff, for an enlargement of ten (10) days in which to file a pleading responsive to the plaintiff's complaint for a declaratory judgment. In support of its motion, Biosig states:

1.      The undersigned has recently been engaged as counsel to Biosig.

2.      The extension requested will assist in the investigation and formulation of an appropriate response to the complaint.

3.      The plaintiff will not be prejudiced by this brief requested extension and assents to it.

WHEREFORE, the defendant Biosig Instruments respectfully moves that this Honorable Court:

A.    Grant an enlargement of time of ten (10) days for the filing of a responsive

pleading, up to and including the close of business on October 28, 2004;

and

B.    Grant whatever other or additional relief this Honorable Court deems just

under the circumstances.

Respectfully submitted,

BIOSIG INSTRUMENTS, INC.

By their attorney,

Edward Foye (BBO#562375)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

ASSENTED TO:

Mark P. Kronfeld (BBO# 630830)
Michael Cukor
Gibbons Del Deo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102
(973) 596-4500

Dated: October 15, 2004