UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>BIOSIG INSTRUMENTS, INC.<br><br>Defendant. | Civil Action No. 04-11846 (DPW)<br><br>AFFIDAVIT OF HUMAYUN SIDDIQI IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE |

I, Humayun Siddiqi, request that I be admitted pro hac vice for the purposes of this action. In support of this application, I declare that:

1. I am not a resident of the Commonwealth of Massachusetts, am not regularly employed in the Commonwealth of Massachusetts, am not regularly engaged in substantial business, professional, or other activities in the Commonwealth of Massachusetts.

2. My current residence is 135 Prospect Park West, Apt. 53B, Brooklyn, NY 11215.

3. I am an attorney at the Law Offices of Zafar Siddiqi and my business address is 11 Broadway, Suite 853, New York, NY 10004.

4. I am a 1995 graduate of the University of Montreal Law School.

5. I am a member in good standing of the State Bar of California as attested to by the attached certificate of good standing.

6. I am admitted to practice before the Courts of the State of New York and am in good standing as attested to by the attached certificate.

7. I am not currently suspended, disbarred or under investigation by any court.

1

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. For the purposes of this action, Attorney Edward Foye of Todd & Weld LLP will serve as local counsel and will be an attorney of record in this action.

10. Defendant Biosig Instruments, Inc. has specifically requested that I represent them in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of October, 2004, at New York, New York.

_____
Humayun Siddiqi

Subscribed and sworn to before me on this 27th day of October, 2004

_____
Notary Public

ZAFAR A. SIDDIQI
Notary Public, State of New York
No. 02SI5018737
Qualified in Kings County
Commission Expires October 4, 2005

2

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

October 6, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HUMAYUN ZAFAR SIDDIQI was admitted to the practice of law in this state by the Supreme Court of California on August 29, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Humayun Zafar Siddiqi** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **27th** day of **October 2004** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **October 27, 2004**



_James Edward Pelzer_
Clerk