UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CYBEX INTERNATIONAL, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**BIOSIG INSTRUMENTS, INC.**<br><br>Defendant. | Civil Action No. 04-11846 (DPW)<br><br>Pursuant to Local Rule 7.1(d), Biosig respectfully requests a hearing on its present Motion to Dismiss or to Transfer |

# MOTION TO DISMISS OR TO TRANSFER

Humayun Siddiqi (pro hac vice pending)
Law Offices of Zafar Siddiqi
Attorneys for Defendant Biosig Instruments, Inc.
11 Broadway, Suite 853
New York, NY 10004
Tel. (212) 514-5900
Fax (212) 514-5005

PLEASE TAKE NOTICE that upon the Memorandum in Support of Defendant's Motion to Dismiss or to Transfer; the Affidavit of David Mrejen, dated October 25, 2004; the Affidavit of Gregory Lekhtman, dated October 25, 2004; the Declaration of Humayun Siddiqi, dated October 27, 2004 and the exhibits annexed thereto; defendant Biosig Instruments, Inc. by and through its undersigned attorneys, the Law Offices of Zafar Siddiqi, shall move before the Honorable Douglas P. Woodlock, U.S.D.J. at the United States District Court for the District of Massachusetts, located at the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, upon such date and time to be set by the Court, for the entry of an Order granting Defendant's Motion to Dismiss or to Transfer.

The basis and grounds in support of the Motion to Dismiss or to Transfer are set forth in the accompanying memorandum.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Biosig respectfully requests a hearing on its present Motion to Dismiss or to Transfer.

Dated: New York, NY
       October 27, 2004

Respectfully submitted,

Law Offices of Zafar Siddiqi

_____
Humayun Siddiqi (pro hac vice pending)
Law Offices of Zafar A. Siddiqi
Attorneys for Defendant, Biosig Instruments, Inc.
11 Broadway, Suite 853
New York, NY 10004
Tel. (212) 514-5900
Fax (212) 514-5005

Edward Foye (B.B.O. 562375)
Todd & Weld LLP
28 State Street
Boston, MA 02109
Tel. (617) 624-4756
Fax. (617) 227-5777