IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>BIOSIG INSTRUMENTS, INC.<br><br>Defendant. | Civil Action No. 04-11846DPW<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS OR TO TRANSFER |

### AFFIDAVIT OF GREGORY LEKHTMAN
### IN SUPPORT OF MOTION TO DISMISS OR TO TRANSFER

I, Gregory Lekhtman, domiciled and residing at 1550 Dr.Penfield, Montreal, Quebec, Canada solemnly declare and state under penalty of perjury as follows:

    1. I am the President of Biosig Instruments, Inc ("Biosig") and make this affidavit in support of Biosig's Motion to dismiss for lack of personal jurisdiction or to transfer.

    2. Biosig is a corporation organized and existing under the laws of Canada.

    3. Biosig has an office and principal place of business at 440-19th Avenue, Lachine, Quebec, Canada.

    4. Biosig has no corporate offices, sales offices, executive offices or development facilities in Massachusetts.

    5. Biosig owns no real estate in Massachusetts.

    6. Biosig has no subsidiaries, divisions, joint venture partners or operations in Massachusetts.

    7. Biosig has no agents in Massachusetts.

    8. Biosig has no employees in Massachusetts.

    9. Biosig has not sent any of its employees to Massachusetts.

    10. Biosig has no distributors in Massachusetts.

    11. Biosig has no non-exclusive licensees in Massachusetts.

    12. Biosig has no exclusive licensees in Massachusetts.

1

13. Biosig does not regularly transact business or solicit business in Massachusetts.

14. Biosig is not incorporated in Massachusetts, has never been registered to do business in Massachusetts and has no pending license to do business in Massachusetts.

15. Biosig does not have a registered agent in Massachusetts for receipt of process.

16. Biosig pays no corporate taxes in Massachusetts.

17. Biosig has no bank accounts or phone listings in Massachusetts.

18. Biosig has advertised in national trade journals that are distributed in Massachusetts but has no advertisements specifically directed at Massachusetts residents.

19. On August 27, 1996 Biosig executed a confidentiality agreement with Cybex by virtue of which it was understood that all disputes between the two parties would be heard by the appropriate State of Federal Courts situated in the State of New York.

20. I declare that all of the facts alleged herein are true and exact and are solemnly sworn before a Commissioner for Oaths, duly authorized to receive sworn statements in accordance with Quebec law.

Signed this 25 day of October, 2004 at Montreal, Quebec, Canada

Gregory Lekhtman

SWORN TO BEFORE ME AT MONTREAL
THIS OCTOBER 25, 2004

LEON MALINIAK - ATTORNEY AT LAW
COMMISSIONER OF OATHS IN AND FOR THE
DISTRICT OF MONTREAL

2