UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CYBEX INTERNATIONAL, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**BIOSIG INSTRUMENTS, INC.**<br><br>Defendant. | Civil Action No. 04-11846 (DPW)<br><br>**DECLARATION OF HUMAYUN SIDDIQI IN SUPPORT OF DEFENDANT BIOSIG INSTRUMENTS, INC'S MOTION TO DISMISS OR TO TRANSFER** |

I, HUMAYUN SIDDIQI, hereby state under penalty of perjury as follows:

1. I am an attorney with the Law Offices of Zafar Siddiqi, attorneys for the defendant, Biosig Instruments, Inc. ("Biosig") in this action. I make this declaration in support of Biosig's motion to dismiss or, alternatively, to transfer this action to the United States District Court for the Southern District of New York.

2. Attached as Exhibit A is a true and accurate copy of the Complaint in Cybex International, Inc. v. Biosig Instrument, Inc. Case No. 04 cv 11846 DPW (United States District Court for the District of Massachusetts).

3. Attached as Exhibit B is a true and accurate copy of the "Declaration of Raymond Gianelli in Support of Defendant's Motion to Dismiss or Transfer Pursuant to 28 U.S.C. § 1404(a)" that was submitted in the pending action before the United States District Court for the Southern District of New York.

4. Attached as Exhibit C is a true and accurate copy of the first ten pages of the annual report of Cybex International, Inc submitted to the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2003.

5.      Attached as Exhibit D is a true and accurate copy of a Confidentiality Agreement between Biosig Instruments, Inc. and Cybex International, Inc, executed, respectively by each party, on August 27, 1996 and August 28, 1996.

6.      Attached as Exhibit E is a true and correct copy of an invoice dated February 25, 2000 issued by Biosig to Cybex.

7.      Attached as Exhibit F is a true and accurate copy of a letter by Gregory Lekhtman dated April 30, 1999.

8.      Attached as Exhibit G is a true and correct copy of a letter by Gregory Lekhtman dated May 20, 1999.

9.      Attached as Exhibit H is a true and correct copy of a letter by Michael T. Sweeney dated June 25, 1999.

10.     Attached as Exhibit I is a true and correct copy of a letter by Lawrence R. Hefter, Esq., dated March 30, 2001.

11.     Attached as Exhibit J is a true and correct copy of a letter by Alan M. Weisberg, Esq., dated May 14, 2001.

12.     Attached as Exhibit K is a true and correct copy of a letter by is a true and accurate copy of a letter by David Mrejen, Esq., dated March 1, 2004.

13.     Attached as Exhibit L is a true and correct copy of a letter by David E. De Lorenzi, Esq., dated March 25, 2004.

14.     Attached as Exhibit M is a true and correct copy of a letter by David Mrejen, Esq., dated April 20, 2004.

15.     Attached as Exhibit N is a true and correct copy of a letter by David Mrejen, Esq., dated July 9, 2004.

16.     Attached as Exhibit O is a true and accurate copy of the Complaint in Biosig Instruments, Inc. v. The Nautilus Group, Case No. 04 cv. 6654 (United States District Court for the Southern District of New York).

17.     Attached as Exhibit P is a true and accurate copy of the Complaint in Biosig Instruments, Inc. v. Cybex International, Inc., Case No. 04 cv. 6497 (United States District Court for the Southern District of New York).

18.     Attached as Exhibit Q is a true and accurate copy of the Affidavit of Service of the complaint filed in Biosig Instruments, Inc. v. The Nautilus Group, Case No. 04 cv. 6927 (United States District Court for the Southern District of New York).

19.     Attached as Exhibit R is a true and accurate copy of the "Declaration of David E. De Lorenzi, Esq. in Support of Cybex International, Inc.'s Motion to Dismiss or Transfer Action to the United States District Court for the District of Massachusetts Pursuant to 28 U.S.C. § 1404(a)" dated that was submitted in the pending action before the United States District Court for the Southern District of New York .

20.     Through the winter, spring and summer of 2004 I was in contact with Biosig's Canadian counsel, David Mrejen, Esq., and he discussed the possibility of filing suit against Cybex and another party, The Nautilus Group ("Nautilus").

21.     That during my discussions with David Mrejen, Esq. I was told that negotiations were underway with Cybex and that as such the institution of legal proceedings against that party was unnecessary.

22.     That during my discussions with David Mrejen, Esq., I was told that negotiations with another party, Nautilus, had reached an impasse and he instructed our firm to file suit against Nautilus and immediately serve the same.

23. That our firm filed suit against Nautilus on August 17, 2004 and served the complaint on August 18, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
       October 27, 2004

_____
Humayun Siddiqi