CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following counsel of record by first class mail on October 28, 2004.

    GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE, P.C.
    David E. Delorenzi, Esq.
    Michael Cukor, Esq.
    E. Evans Wohlworth, Esq.
    One Pennsylvania Plaza
    New York, NY 10119-3701

_____
Humayun Siddiqi