UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11846 (DPW)

| | |
|---|---|
| CYBEX INTERNATIONAL, Inc. | } |
| Plaintiff | } |
| v. | } |
| BIOSIG INSTRUMENTS, Inc. | } |
| Defendant | } |

## STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OR TO TRANSFER

The time within which Plaintiff Cybex International, Inc. shall respond to Defendant's motion to dismiss or transfer is extended up to and including December 1, 2004.

_____
Plaintiff
By its attorney
Mark Kronfeld, Esq.
Gibbons Del Deo Dolan Griffinger Vecchione
1 Riverfront Plaza
Newark, New Jersey 07102

_____ Humayo Siddiqi, Esq.
Defendant                  Law Offices of Zafar Siddiqi
By its attorney
Zafar A. Siddiqi, Esq/
11 Broadway
Suite 853
New York, NY 10004