Mark P. Kronfeld (BBO # 630830)
David E. De Lorenzi (Pro Hac Vice Pending)
Michael Cukor (Pro Hac Vice Pending)
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(973) 596-4500
(973) 596-0545 Facsimile

Attorneys for Plaintiff
Cybex International, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BIOSIG INSTRUMENTS, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 04 11846 (DPW)<br><br>**DECLARATION OF RAYMOND GiANNELLI IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER** |

I, **RAYMOND GIANNELLI**, do hereby state under penalty to perjury as follows:

1.　　I am the Chairman and Senior Vice President of Research and Development of Cybex International, Inc. ("Cybex"). I have personal knowledge of the facts set forth in this Declaration. I submit this Declaration in opposition to the motion of defendant Biosig Instruments, Inc., to dismiss or transfer this action to the United States District Court for the Southern District of New York.

2.　　I have reviewed the Complaint and its attachments filed in this action by plaintiff Cybex IInternational, Inc. ("Cybex).

3. Cybex maintains its principal place of business and manufacturing facility in Medway, Massachusetts. Its other facilities are located in Owatonna, Minnesota; Portland, Oregon; and the United Kingdom.

4. Cybex is a publicly-traded manufacturer of exercise equipment for use in commercial gyms and for in-home use by the public. Representative products are treadmills and exercise bikes. Cybex's worldwide sales in 2003 were approximately $83,000,000.

5. Cybex installs heart rate monitors supplied by other manufacturers in some models of its exercise equipment.

6. Prior to September of 1997, Cybex had its principal place of business in Ronkonkoma, New York.

7. In September 1997, Cybex merged with Trotter, Inc. of Medway, Massachusetts. The surviving entity retained the Cybex name.

8. In connection with the merger, Cybex removed its principal place of business, including all of its manufacturing equipment, personnel and records from Ronkonkoma, New York, to its new headquarters in Medway, Massachusetts.

9. Cybex has had no employees, offices or facilities located in New York since the move in 1997.

10. From 1996 until 1998, Biosig supplied heart rate monitors to Cybex.

11. The last shipment of Biosig heart rate monitors was received by Cybex in Medway, Massachusetts in the first half of 1998.

12. Cybex had no further dealings with Biosig after the last shipment of heart rate monitors was received in the first half of 1998.

13. Throughout the time Biosig supplied hear rate monitors to Cybex and continuously thereafter, Cybex purchased heart rate monitors from other suppliers in addition to Biosig.

14. No person involved with negotiating the Cybex/Biosig Confidentiality Agreement, attached as Exhibit A to the Declaration of David E. De Lorenzi, Esq., is still employed by Cybex and Cybex currently has no information on any such person's whereabouts.

15. All personnel of Cybex with knowledge of Cybex's use of heart rate monitors are located in Medway, Massachusetts.

16. All documentary and physical evidence reflecting Cybex's use of heart rate monitors in its exercise equipment is located in Medway, Massachusetts.

17. Any personnel of Cybex with knowledge of the Biosig/Cybex Confidentiality Agreement, Cybex's performance under that agreement and the relationship between Cybex and Biosig, are located in Medway, Massachusetts.

18. Any documents or physical evidence reflecting Cybex's performance under the Confidentiality Agreement and the relationship between Cybex and Biosig are located in Medway, Massachusetts.

19. In August, 2004, it became clear that Biosig was simply not being reasonable and, moreover, that in light of the protracted history of threats and accusations against Cybex, that the cloud of Biosig's looming threats would not go away unless Cybex took legal action on its own to resolve the matter once and for all. Accordingly, on August 24, 2004, Cybex filed its patent declaratory judgment action in the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2004

*[signature]*
**RAYMOND GIANNELLI**