IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC., | : |
| Plaintiff, | : CIVIL Action No. 02-11846 (DPW) |
| v. | : Judge Douglas P. Woodlock |
| BIOSIG INSTRUMENTS, INC. | : |
| Defendant, | : |

## MOTION TO ADMIT MICHAEL CUKOR PRO HAC VICE

Mark P. Kronfeld, on behalf of plaintiff Cybex International, Inc. ("Cybex"), hereby moves this Court pursuant to L.R. 83.5.3(b) for an order permitting Michael Cukor, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione P.C., of Newark, New Jersey, to appear as an attorney in this action for the limited purpose of defending Cybex International, Inc., in this one action.

The grounds for the motion are that:

1. Cybex is the plaintiff in this action. Cybex is currently being represented and has appeared in this action through Mark P. Kronfeld, of the law firm Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., who is duly licensed to practice in the State of Massachusetts and is a member in good standing of the Bar of this Court.

2. As explained in the attached Certificate of Michael Cukor, Mr. Cukor:

    a. Has an office located at One Riverfront Plaza, Newark, NJ 07102, with a telephone number of (973) 596 4500 and a facsimile number of (973) 596-0545.

    b.    Is licensed to practice law in the States of New Jersey, New York and District of Columbia, and is a member in good standing of, <u>inter alia</u>, the Bars of the United States District Courts for the District of New Jersey, and of the United States Courts of Appeals for the Federal Circuits.

    c.    Is not the subject of any pending disciplinary action in any of the jurisdictions described above.

    d.    Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court for so long as he is permitted to appear in this action.

3. A Certificate of Good Standing for Mr. Cukor from the United States District Court for the District of New Jersey is attached hereto.

4. The filing fee of $50.00 accompanies this Motion.

5. I hereby consent to be the designee of Michael Cukor, of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., and the Court and opposing counsel may readily communicate with me regarding the conduct of this action, including service of any papers. My telephone number is (973) 596-4527, and my facsimile number is (973) 639-8371.

*/s/ Mark P. Kronfeld*
Mark P. Kronfeld, Esq. (BBO # 630830)
GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 596-4527
Fax:    (973) 639-8371

Date: December 13, 2004

### CERTIFICATE OF SERVICE

I, Mark P. Kronfeld, hereby certify that I mailed a copy of the foregoing pleading by first class prepaid mail on December 13, 2004, to the following: Edward Foye, Esq., Todd & Weld, L.L.P., 28 State Street, Boston, MA 02109; and Zafar A. Siddiqi, Esq., LAW OFFICE OF ZAFAR A. SIDDIQI, 11 Broadway, Suite 853, New York, New York 10004.

*/s/ Mark P. Kronfeld*
Mark P. Kronfeld