IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC., | : |
| Plaintiff, | : CIVIL Action No. 02-11846 (DPW) |
| v. | : Judge Douglas P. Woodlock |
| BIOSIG INSTRUMENTS, INC. | : |
| Defendant, | : |

### L.R. 83.5.3(b) CERTIFICATE OF DAVID E. DE LORENZI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, David E. De Lorenzi, hereby state under oath the following:

1. I am a member of the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., and have an office located at One Riverfront Plaza, Newark, NJ 07102-5496, with a telephone number of (973) 596-4500 and a facsimile number of (973) 596-0545.

2. I am licensed to practice law in the States of New York, New Jersey and Ohio, and am a member in good standing of the Bars of the following: United States District Courts for the Southern and Eastern Districts of New York and District of New Jersey, and of the United States Courts of Appeals for the Third and Federal Circuits, and also the United States Supreme Court.

3. I am a member of the Bar in good standing in every jurisdiction where I am admitted to practice.

4. I am not the subject of any pending disciplinary action in any of the jurisdictions described above.

5. I am familiar with the Local Rules of this Court.

#802987 v1
104480-51322

6. As a member of the firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., I am familiar with the general subject matter of exercise equipment and patent litigation to which the present action pertains.

7. I agree to submit to the jurisdiction of this Court and to comply with all ethics and procedural rules governing the practice of law before this Court.

SIGNED UNDER THE PENALTIES OF PERJURY.

Dated this 13 day of December, 2004.

David E. De Lorenzi

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**DISTRICT OF NEW JERSEY**

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey,

DO HEREBY CERTIFY that *David De Lorenzi* was duly admitted to practice in said Court on *April 3, 2000* and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: December 10, 2004

WILLIAM T. WALSH, CLERK

By_____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee. Contact Board of Bar Examiners, New Jersey State Supreme Court.