# LAW OFFICES OF
# ZAFAR A. SIDDIQI

January 13, 2005

**BY MAIL**
**BY TELECOPIER 617-748-9096**

Michelle Rynne
Courtroom of Judge Douglas P. Woodlock
United States District Court - District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Cybex International v. Biosig Instruments, Inc. 04cv11846 DP
      Request for an Order of Reference to ADR (mediation)
      Proposed panel member: James E. McGuire

Dear Ms. Rynne,

Our office represents the defendant, Biosig Instruments, Inc., in the above-referenced matter. On December 20, 2004 a Scheduling Conference was held before Judge Douglas P. Woodlock. During the conference, both parties agreed to attempt to mediate their dispute and agreed to a stay of all proceedings until March 25, 2005.

Further to ongoing discussions with Counsel for the plaintiff, Cybex International, Inc., both parties are now requesting an Order of Reference to the ADR program and have agreed upon James E. McGuire, Esq. as a mutually acceptable panel member.

Should you require any additional information, please do not hesitate to contact the undersigned.

Very truly yours,

Humayun Siddiqi

HZS/ps
cc:   Michael Cukor, Esq.
      Edward Foye, Esq.

11 BROADWAY, SUITE 853, NEW YORK, NY 10004
TEL: (212)514-5900 · FAX: (212) 514-5005