UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | C.A. No. 04-11846-DPW |
| ) | |
| v. ) | |
| ) | |
| BIOSIG INSTRUMENTS, INC. ) | |
| ) | |
| Defendant ) | |

## JOINT MOTION TO EXTEND DISCOVERY STAY

The parties in the above-captioned matter herewith move for a two-week extension on the stay of discovery and a corresponding two-week extension on certain deadlines relating to the defendant's response to the plaintiff's motion to dismiss for lack of jurisdiction. In support of their joint motion:

1. This case mediated on March 21, 2005.

2. The parties believe that they have made significant progress in reconciling the differences between them, and that further good faith negotiations would likely be productive.

3. Accordingly, the parties jointly move that the following deadlines in this case be extended by two weeks:

   a. Case to be stayed until April 8, 2005 so that the parties may continue negotiations or seek further mediation;

   b. After stay, plaintiff may conduct discovery regarding motion to dismiss to be completed by May 6, 2005; further brief by May 27, 2005; response by June 3, 2005; and

c. Amendments to pleadings by May 27, 2005.

4. The parties do not believe that any other changes in this Court's Scheduling Order of December 28, 2004 are necessary, and this motion contemplates that the Scheduling Order will in all other respects remain in full force and effect.

WHEREFORE, the parties jointly moves that this Honorable Court modify its Scheduling Order as set forth above to permit them to continue their settlement discussions.

Respectfully submitted,

BIOSIG INSTRUMENTS, INC.

By their attorney,

Edward Foye (BBO#562375)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Humayun Siddiqi
Law Offices of Zafar Siddiqi
11 Broadway, Suite 853
New York, NY 10004
Tel. (212) 514-5900

ASSENTED TO:

Michael Cukor
Gibbons Del Deo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4500

Dated: March 21, 2005