UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BIOSIG INSTRUMENTS, INC. ) <br> ) <br> Defendant ) | C.A. No. 04-11846-DPW |

## JOINT MOTION TO EXTEND DISCOVERY STAY

The parties in the above-captioned matter herewith move for a ten day extension on the stay of discovery and a corresponding ten day extension on certain deadlines relating to the defendant's response to the plaintiff's motion to dismiss for lack of jurisdiction. In support of their joint motion:

1. This case mediated on March 21, 2005.

2. The parties believe that they have made significant progress in reconciling the differences between them, and that further good faith negotiations would likely be productive.

3. Accordingly, the parties jointly move that the following deadlines in this case be extended by ten days:

    a. Case to be stayed until April 18, 2005 so that the parties may continue negotiations or seek further mediation;

    b. After stay, plaintiff may conduct discovery regarding motion to dismiss to be completed by May 16, 2005; further brief by June 6, 2005; response by June 13, 2005; and

  c. Amendments to pleadings by June 6, 2005.

  4. The parties do not believe that any other changes in this Court's Scheduling Order of December 28, 2004 are necessary, and this motion contemplates that the Scheduling Order will in all other respects remain in full force and effect.

  WHEREFORE, the parties jointly move that to continue their settlement discussions.

      Respectfully submitted,

      BIOSIG INSTRUMENTS, INC.

      By their attorney,

      _____
      Edward Foye (BBO#562375)
      Todd & Weld LLP
      28 State Street
      Boston, MA 02109
      (617) 720-2626

      _____
      Humayun Siddiqi
      Law Offices of Zafar Siddiqi
      11 Broadway, Suite 853
      New York, NY 10004
      Tel. (212) 514-5900

ASSENTED TO:

_____
Michael Cukor
Gibbons Del Deo Dolan Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102
(973) 596-4500

Dated: April 11, 2005