UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 04-11846-DPW |
| v. ) | |
| ) | |
| BIOSIG INSTRUMENTS, INC. ) | |
| ) | |
| Defendant ) | |
| ) | |

## ASSENTED-TO MOTION TO EXTEND DISCOVERY STAY

Defendant Biosig Instruments, Inc. ("Biosig") in the above-captioned matter herewith moves for a twenty day extension on the stay of discovery and a corresponding twenty day extension on certain deadlines relating to the plaintiff's motion to dismiss for lack of jurisdiction. In support of their joint motion:

1.  This case mediated on March 21, 2005.

2.  The parties have agreed in principle to a settlement of the case but require further time formalize a settlement agreement.

3.  Plaintiff, Cybex International, Inc., has consented to this motion.

4.  Accordingly, Defendant moves that the following deadlines in this case be extended twenty days:

   a.  Case to be stayed until May 9, 2005 so that the parties shall have the opportunity to finalize a settlement agreement;

   b.  After stay, plaintiff may conduct discovery regarding motion to dismiss to be completed by June 6, 2005; further brief by June 27, 2005; response by July 5, 2005; and

      c.    Amendments to pleadings by June 27, 2005.

5.    Defendant does not believe that any other changes in this Court's Scheduling Order of December 28, 2004 are necessary, and this motion contemplates that the Scheduling Order will in all other respects remain in full force and effect.

WHEREFORE, Defendant moves that this Honorable Court modify its Scheduling Order as set forth above to the parties to conclude their settlement discussions.

Respectfully submitted,

BIOSIG INSTRUMENTS, INC.

By their attorney,

_____
Edward Foye (BBO#562375)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

_____
Humayun Siddiqi
Law Offices of Zafar Siddiqi
11 Broadway, Suite 853
New York, NY 10004
Tel. (212) 514-5900

Dated: April 21, 2005

2

## CERTIFICATE OF SERVICE

I, Edward Foye, herewith certify that true and accurate copies of the following: Assented-to Motion to Extend Discovery Stay, was served via first class mail this 22nd day of April upon:

> Michael Cukor
> Gibbons Del Deo Dolan Griffinger & Vecchione
> One Riverfront Plaza
> Newark, NJ 07102

*[signature]*
Edward Foye (BBO#562375)