David E. De Lorenzi
Michael Cukor
Peter T. Cobrin
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey  07102-5497
(973) 596-4500
(973) 596-0545 Facsimile

Attorneys for Plaintiff                              **DOCUMENT FILED ELECTRONICALLY**
Cybex International, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYBEX INTERNATIONAL, INC. <br><br>            Plaintiff, <br><br> v. <br><br> BIOSIG INSTRUMENTS, INC. <br><br>            Defendant. | Civil Action No. 04-11846 <br><br> Judge Douglas P. Woodlock |

## JOINT MOTION TO AMEND
## SETTLEMENT ORDER OF DISMISSAL

Cybex International, Inc. with the consent of Biosig Instruments, Inc. hereby moves this Court to extend for ten (10) days forward until June 14, 2005 the time to file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court.  The parties agree that this Motion is being sought for good cause and not for reasons of delay.

Respectfully Submitted,


    s/Peter T. Cobrin
        Peter T. Cobrin


David E. De Lorenzi
Michael Cukor
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(973) 596-4500
(973) 596-0545 Facsimile

Attorneys for Plaintiff
Cybex International, Inc.